## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ANDRE WASHINGTON
ADC # 108623                                                PETITIONER


v.                          No. 5:11-cv-304-DPM


RAY HOBBS, Director, Arkansas
Department of Correction                                    RESPONDENT

### ORDER

Magistrate Judge Deere entered her recommended disposition in this

case on 4 April 2012. *Document No. 8.* Washington moved to extend his time

to object, *Document No. 10,* and then filed his objections in early May 2012.

*Document No. 11.* The Court grants Washington's motion, *Document No. 10,*

and has considered Washington's objections in its *de novo* review. FED. R. CIV.

P. 72(b)(3).

Looking at the entire record, the Court finds that Judge Deere's

recommended disposition is legally and factually sound. The Court therefore

adopts the recommended disposition in its entirety, *Document No. 8,* and

dismisses Washington's petition with prejudice. *Document No. 2.* The Court

declines to issue a certificate of appealability; Washington has not made a

substantial showing that his constitutional rights have been denied. 28 U.S.C.

§ 2253(c).

Motion to extend time to object, *Document No. 10*, granted.

Recommended disposition, *Document No. 8*, adopted. Petition, *Document No.*

*2*, dismissed with prejudice. Certificate of appealability denied.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

14 May 2012