IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE WASHINGTON
ADC # 108623                                                                          PETITIONER

v.                              No. 5:11-cv-304-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                                    RESPONDENT

## JUDGMENT

The Court dismisses Washington's petition, *Document No. 2*, with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 May 2012